UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IESHA MCNAIR

                Plaintiff,

v.

FULTON DEKALB INC. AND COHEN FASHION OPTICAL, LLC

                Defendants.

---------------------------------------------------------------x

Docket No. 1:22-cv-07604 (DLI) (CLP)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: February 12, 2024
       New York, New York

**PARKER HANSKI LLC**

By: _____
   Glen H. Parker, Esq.
   Attorneys for Plaintiff
   40 Worth Street, Suite 602
   New York, New York 10013
   Tel (212) 248-7400
   Fax (212) 248-5600
   ghp@parkerhanski.com

**ROSENBERG & ESTIS, P.C.**

By: _____
   Adam Lindenbaum, Esq.
   Attorneys for the Defendant
   Fulton Dekalb Inc.
   733 Third Avenue
   New York, NY 10017
   (212) 551-8405
   alindenbaum@rosenbergestis.com

**GOLDBERG SEGALLA LLP**

BY: _____
   Charles Lazo, Esq.
   Attorneys for Defendant
   300 West 114th Owner, LLC
   711 3rd Avenue, Suite 1900

New York, NY 10017
DIRECT 646.292.8728 EXT 8728
FAX 646.292.8701
MOBILE 917.769.8667
clazo@goldbergsegalla.com